# Court of Appeals
# of the State of Georgia

ATLANTA,   July 13, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0423.  DANIEL ERIC COBBLE v. STEPHANIE ANNE LOCKHART.**

Daniel Eric Cobble, plaintiff in the civil action below, seeks review of the trial court's order of March 7, 2012.[1]  In that order, the court denied his "Emergency Motion for Impeachment," which it construed as a motion for recusal.

"Denials of motions to recuse are interlocutory in nature.  An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)," including obtaining a certificate of immediate review within ten days of the order sought to be appealed.  *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002); see also *Warringer v. Warringer*, 204 Ga. App. 86 (418 SE2d 446) (1992).  Accordingly, Cobble's failure to comply with the interlocutory appeal procedures and obtain a certificate of immediate review deprives this Court of jurisdiction, and his application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/13/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Cobble filed his application in the Supreme Court, which transferred it here.